UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL R. FANELLI, SR.,

    Plaintiff,

v.                                                                  Case No. 6:09-cv-1317-Orl-35KRS

CHASE INVESTMENT SERVICES CORP.,

    Defendant.
_____/

## JOINT MOTION FOR RULE 16 STATUS CONFERENCE AND INCORPORATED MEMORANDUM OF LAW

The Parties, Plaintiff Daniel R. Fanelli, Sr. and Defendant Chase Investment Services Corp., pursuant to Fed. R. Civ. P. 16(a)(1), request a status conference to discuss Defendant's Unopposed Motion to Postpone Deadline for Submitting Case Management Report, Defendant's Restated Motion to Stay This Action Pending Arbitration with the Court, and Defendant's Motion to File Reply in Support of Motion to Stay This Action Pending Arbitration. Grounds for the motion are set forth below.

### Memorandum of Law

Defendant removed this case from the Circuit Court of Orange County, Florida. (D.E. No. 1). On September 1, 2009, Defendant filed a motion asking the Court to postpone the deadline for submitting the case management report. (D.E. No. 13). Defendant also filed a motion asking the Court to stay this action pending arbitration (D.E. No. 14). Plaintiff did not oppose the request to postpone the deadline for submitting a case management report, but filed an opposition to the motion seeking a stay pending arbitration. (D.E. No. 19). With Plaintiff's consent, Defendant asked the Court

for permission to file a reply memorandum in support of its motion to stay pending arbitration. (D.E. No. 20). The Court has not issued any orders relating to these motions.

Under Fed. R. Civ. P. 16, the Court may schedule a pretrial conference to address the status of the case and expedite "disposition of the action[.]" The parties, through their counsel, ask the Court to schedule a pretrial conference under Fed. R. Civ. P. 16 to review the status of this case and address the outstanding motions identified above.

RESPECTFULLY SUBMITTED and dated this 13th day of January, 2010.

| | |
|---|---|
| **s/ Brandon S. Peters, Esquire** | **s/ Alex J. Sabo, Esquire** |
| BRANDON S. PETERS, ESQUIRE | ALEX J. SABO, ESQUIRE |
| Florida Bar No. 965685 | Florida Bar No. 262821 |
| PETERS TRIAL GROUP, LLC | BRESSLER, AMERY & ROSS, P.C. |
| 1844 W. Fairbanks Avenue | 2801 SW 149th Avenue, Suite 300 |
| Winter Park, FL  32789 | Miramar, FL  33027 |
| Telephone: (321) 527-5200 | Telephone: (954) 499-7979 |
| Facsimile: (321) 527-5201 | Facsimile: (954) 499-7969 |
| E-Mail: *bpeters@peterstrialgroup.com* | E-Mail: *asabo@bressler.com* |
| Trial Counsel for Plaintiff | Trial Counsel for Defendant |